IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| FRIENDS OF WEINER SCHOOL DISTRICT | PLAINTIFF |
| U.S. DEPARTMENT OF AGRICULTURE AND WEINER SCHOOL DISTRICT | INVOLUNTARY/ THIRD PARTY PLAINTIFFS |
| V.                    3:10CV00138 JMM | |
| THE STATE OF ARKANSAS, ET AL | DEFENDANTS |

## ORDER

Pending is the U.S. Department of Agriculture's motion to be dismissed as an involuntary plaintiff. The Plaintiff Friends of Weiner School District does not object to the dismissal. Accordingly, the Motion to Dismiss (Docket # 14) is GRANTED. The Clerk is directed to terminate the U.S. Department of Agriculture as an involuntary plaintiff in this case.

IT IS SO ORDERED this 21st day of September, 2010.

_____
James M. Moody
United States District Judge