IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| FRIENDS OF WEINER SCHOOL DISTRICT | PLAINTIFF |
| U.S. DEPARTMENT OF AGRICULTURE AND WEINER SCHOOL DISTRICT | INVOLUNTARY/ THIRD PARTY PLAINTIFFS |
| V.                    3:10CV00138 JMM | |
| THE STATE OF ARKANSAS, ET AL | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered on November 29, 2010, Judgment is hereby entered in favor of the Defendants and against the Plaintiff. The case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of November, 2010.

_____
James M. Moody
United States District Judge